Vicken H. Hagopian (SBN 177937)
Law Offices of Vicken H. Hagopian, APLC
6736 Laurel Canyon Boulevard, Suite 225
North Hollywood, California 91606
Tel: (818) 255-4747
Fax: (818) 255-0933
Cell: (818) 482-7703

JS-6

*Attorney for Sedrick Decoud*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Case No.: EDCV08-296-VAP |
| Plaintiff-Respondent, | Criminal No.: CR-02-00063-VAP-03 |
| vs. | [~~PROPOSED~~] ORDER IN RE: MOTION TO WITHDRAW 28 USC 2255 PETITION |
| SEDRICK DECOUD, | Courtroom: Virginia Phillips |
| Defendant-Petitioner. | Hearing Date: |
| | Hearing Time: |

Based on Petitioner, Mr. Sedrick Decoud's motion to withdraw his 28 U.S.C. § 2255 petition, the Court hereby Orders that said motion be stricken from the record. ~~Petitioner is free to re-file his initial 28 U.S.C. § 2255 motion within the prescribed 1-year statute of limitations accordingly~~.

Dated: 3/5/08

_____
**VIRGINIA A. PHILLIPS**
United States District Court Judge