```
Vicken H. Hagopian (SBN 177937)
Law Offices of Vicken H. Hagopian, APLC
6736 Laurel Canyon Boulevard, Suite 225
North Hollywood, California 91606
Tel:  (818) 255-4747
Fax:  (818) 255-0933
Cell: (818) 482-7703
```

Attorney for Sedrick Decoud

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No.: EDCV 08-1668 |
| | Criminal No.: 02-00063(VAP) |
| Plaintiff-Respondent, | |
| | PETITIONER'S NOTICE OF MOTION AND MOTION TO MODIFY BRIEFING SCHEDULE; DECLARATION IN SUPPORT THEREOF |
| vs. | |
| | **AND ORDER ATTACHED** |
| SEDRICK DECOUD, | |
| Defendant-Petitioner. | |

Petitioner, SEDRICK DECOUD, by and through the undersigned counsel of record, Vicken H. Hagopian, Esquire, hereby moves the Court for an Order modifying the briefing schedule in the above entitled action, extending the time to file his reply to the Government's position previously filed on July 2, 2010. Petitioner seeks an Order extending the Court's current order directing the Petition to file his reply by July 16, 2010, to July 20, 2010.

1

The instant motion is based on the grounds fully detailed in the accompanying declaration of counsel and the files and records in this case.

Dated: July 16, 2010.

             Respectfully Submitted,

             /s/ **Vicken H. Hagopian**
             *Attorney for Petitioner*

<u>DECLARATION OF VICKEN H. HAGOPIAN</u>

I, Vicken H. Hagopian, being first duly sworn, do hereby declare and state:

1. I am the attorney of record for Petitioner, Mr. Sedrick Decoud, in *United States of America v. Sedrick Decoud*, Case # EDCV 08-1668;

2. While preparing a Traverse to the Government's opposition to the 28 USC 2255 petition, on June 18, 2010, the Court entered an order directing the parties to address the question of whether the Petitioner's 28 USC 2255 petition was time barred by the one-year statute of limitations under the AEDPA;

3. The Court ordered the Government to file their position By July 2, 2010 and that the petitioner file his reply by July 16, 2010;

4. After receiving the Government's position, the undersigned counsel has been engaged in a complex trial in *People v. Jeiranian*, Case No. BA299870:

5. Additionally, the undersigned counsel's law clerk, Mr. Gene C. Collins' father was diagnosed with terminal lung cancer and while undergoing chemotherapy, on July 6, 2010 Mr. Collins' father was admitted into intensive care due to complications arising from an infection;

6. Mr. Collins, who is fully aware of the facts and circumstances of the case and has substantially assisted in the matter, has consequently been unavailable to assist me in this matter;

7. I have compiled and marshaled the facts and completed

research on the underlying question and traversing the Governments opposition to the 28 USC 2255 position and wish to file our traverse to the Government's position combined with the reply to the Government's position on the statute of limitations;

8. With regard to the statute of limitation, the time period in question should be tolled due to the fact that there was a pending petition for rehearing;

9. As such the statute did not begin to run until the mandate was issued on January 16, 2010;

11. While there is an abundance of case law on the issue, I have been unable to find 9th Circuit case law on the point and need several more days to research the question for presentation to the Court;

10. Thus, in light of the conflict in my calendar and the loss of essential staff, I will need an additional 5 days to complete our traverse and position in regard to the statute of limitations.

The aforementioned statements are true and correct under the penalty of perjury. Executed this 16th day of July 2010.

Dated: July 16, 2010.

_____
VICKEN H. HAGOPIAN

IT IS SO ORDERED

Dated 7/20/10

_____
Virginia A. Phillips
United States District Judge

4